## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LISA MCKNIGHT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV642 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BRENTWOOD DENTAL GROUP, INC.,** | ) | |
| A Nebraska Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion for Leave to File Second Amended Complaint (Filing No. 31). The plaintiffs attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). **See** Filing No. 31, Exhibit A. The plaintiff's motion was filed after the deadline for filing such motions, which was September 1, 2005. **See** Filing No. 19. However, the plaintiffs represent the defendants do not oppose the motion. The plaintiffs seek to clarify a heading, add causes of action for wrongful termination and improper administration of the ERISA plan, and add a prayer for relief requesting reinstatement of the ERISA plan. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion for Leave to File Second Amended Complaint (Filing No. 31) is granted.

2. The plaintiffs shall have to **on or before January 23, 2006**, to file the amended complaint.

DATED this 13th day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge