# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA MCKNIGHT and JANEIL THOMPSON,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRENTWOOD DENTAL GROUP, INC., and DR. MICHAEL OBENG,<br><br>　　　　　　　Defendants. | 8:04CV642<br><br><br><br>ORDER<br>TO COMPEL PRODUCTION |

TO:　Nebraska Department of Labor, Workforce Development, 550 South 16th Street, P.O. Box 94600, Lincoln, NE 68509-4600.

This matter comes before the Court on the defendants' Motion for Order to Compel Production (Filing No. 60) pursuant to Fed. R. Civ. P. 45(c)(2)(B).  Upon reviewing the Motion, the Court finds good cause to grant the Motion.

**IT IS ORDERED:**

The Nebraska Department of Labor, Workforce Development is ordered to produce for inspection and copying at its offices at 5404 Cedar Street, Omaha, Nebraska or, alternatively, provide the defendants with copies of the following documents on or before July 26, 2006:

　　1.　All documents in the files of Workforce Development concerning Lisa A. McKnight [SSN in 07-11-2006 Subpoena], and benefits she received in 2003;
　　2.　All documents in the files of Workforce Development concerning Janeil T. Thompson [SSN in 07-11-2006 Subpoena], and benefits she received in 2003; and
　　3.　All documents in the files of Workforce Development concerning Brentwood Dental Group, Inc., its U.C. Fund Account, and relating to benefits provided to Lisa A. McKnight and Janeil T. Thompson.

All documents produced, inspected, and/or received pursuant to this Order shall be protected by the Court's June 30, 2006 Order to Seal Documents and Protective Order (Filing No. 54).

DATED this 18th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge